1 | **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5 |
6 | Attorneys for Defendant
7 |
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            ) Case No. 08MJ2432
                                        )
11 |        Plaintiff,                    )
                                        )
12 | v.                                   ) **NOTICE OF APPEARANCE**
                                        )
13 | JOSE LUIS ALVAREZ-SANTIAGO,          )
                                        )
14 |        Defendant.                    )
                                        )
15 | _____   )

16 |        Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert

17 | R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 | the above-captioned case.

19 |                          Respectfully submitted,

20 |

21 | Dated: August 12, 2008           /s/  *Robert R. Henssler, Jr.*
                                        **ROBERT R. HENSSLER, JR.**
22 |                                  Federal Defenders of San Diego, Inc.
                                     Robert_Henssler@fd.org

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

3  information and belief, and that a copy of the foregoing document has been served this day upon:

4

5  U S Attorneys Office Southern District of California
   880 Front Street
   Room 6293
6  San Diego, CA 92101
   (619)557-5610
7  Fax: (619)557-5917
   Email: Efile.dkt.gc2@usdoj.gov

8

9

10  DATED: August 12, 2008                    */s/ Robert R. Henssler, Jr.*
                                              **ROBERT R. HENSSLER, JR.**
11                                            Federal Defenders of San Diego, Inc.
                                              Robert_Henssler@fd.org
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28