AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

JOSE ALVAREZ-SANTIAGO

CASE NUMBER: _08 CR 2903 - DMS_

T/N: Jose Alvarez-Avila

I, <u>JOSE ALVAREZ-SANTIAGO</u>, the above named defendant, who is accused committing

the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

**FILED**

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Defendant

Counsel for Defendant

Before _____
Judicial Officer